# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA GOSS, an individual, | Case No. 1:17-cv-00585-EPG |
| Plaintiff, | |
| v. | **ORDER MODIFYING SCHEDULING ORDER** |
| GREEN CRUSH FRESNO, INC., | (ECF No. 20) |
| Defendant. | |

On August 8, 2017, the Court issued a Scheduling Order in this action, setting the following deadlines and dates:

> Initial Disclosures: August 15, 2017
> Nonexpert Discovery Cutoff: March 9, 2018
> Expert Disclosure: April 4, 2018
> Rebuttal Expert Disclosure: May 4, 2018
> Expert Discovery Cutoff: June 4, 2018
> Dispositive Motion Filing Deadline: June 27, 2018
> Mid-Discovery Conference: February 5, 2018, at 10:00 a.m.
> Pretrial Conference: October18, 2018, at11:00 a.m.
> Jury Trial: December 11, 2018, at 8:30 a.m.

(ECF No. 17). On January 25, 2018, Defendant filed a Joint Stipulated Request to Continue Trial and all Case Deadlines. (ECF No. 20). The parties seek to modify all dates in the Scheduling Order as follows:

> Nonexpert Discovery Cutoff: May 9, 2018

1

| | |
|---|---|
| 1 | Expert Disclosure: June 4, 2018 |
| 2 | Rebuttal Expert Disclosure: July 4, 2018 |
| | Expert Discovery Cutoff: August 4, 2018 |
| 3 | Dispositive Motion Filing Deadline: August 27, 2018 |
| | Mid-Discovery Conference: March 6, 2018 |
| 4 | Jury Trial: February 11, 2019 |

*Id.* The parties state that they have begun settlement discussions through direct negotiations and, if not fruitful, they will attempt settlement through a mutually agreeable alternative dispute resolution process.

    Good cause appearing, the parties' request is granted, and the Scheduling Order shall be modified as follows:

    Nonexpert Discovery Cutoff: May 9, 2018
    Expert Disclosure: June 4, 2018
    Rebuttal Expert Disclosure: July 4, 2018
    Expert Discovery Cutoff: August 4, 2018
    Dispositive Motion Filing Deadline: August 27, 2018

    Mid-Discovery Conference: March 6, 2018, at 10:30 a.m.
    Pretrial Conference: January 7, 2019, at 10:00 a.m.
    Jury Trial: February 26, 2019, at 8:30 a.m.

The parties are reminded that if they believe a settlement conference before another magistrate judge would be fruitful, they may contact Courtroom Deputy Michelle Rooney at (559) 499-5962, or via email at mrooney@caed.uscourts.gov, to schedule one.

IT IS SO ORDERED.

Dated: **January 30, 2018**       /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE